ments. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH HEIMOWITZ, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH HEIMOWITZ, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CATHARINE INACE GILLESPIE, Appellant, v. JOSEPH A. CORR, as Substituted Trustee under the Trust Indenture Made by CATHARINE INACE ALLEN, Dated July 27, 1922, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SOL STRAUSS, Appellant, v. THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GENERAL BREWERS SUPPLY CORPORATION, Appellant, Respondent, v. THE RICHARDS SHOOK CORPORATION, Respondent, Appellant.— Orders affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PEDDY REALTY CORPORATION, Respondent, v. WRIGHT AERONAUTICAL CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRVING STERNLIEB, Appellant, Respondent, v. NORMANDIE NATIONAL SECURITIES CORPORATION, Respondent, Appellant.— Determination affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

FLORENCE DALRYMPLE and Another, Respondents, v. DON B. COLTON and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRY KURZER, Respondent, v. THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict of the jury in favor of the plaintiff was against the weight of the evidence, and upon the further ground that the admission of the testimony of the plaintiff's brother concerning statements made by the plaintiff with relation to the accident several weeks after it occurred, constituted error. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

HERMAN J. KATZ, the Holder of a Bond Executed by the MAX KURZROK REALTY Co., INC., Suing on Behalf of Himself and All Other Bondholders Similarly Situated, Appellant, v. GEORGE J. SHORR and Another, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.